IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDELL MOORE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO.  24-2900 |
| | : | |
| **LEHIGH COUNTY PRISON,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 22nd day of July 2024, upon consideration of Plaintiff Lindell Moore's motion to proceed *in forma pauperis* (DI 1), and *pro se* Complaint (DI 2) it is **ORDERED**:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (DI 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
**MURPHY, J.**